**FILED**

04/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0585

_____

TIMOTHY J. WHALEN,

Plaintiff and Appellant,

and ELIZABETH BRIDGES,

Plaintiff,

v.

BEARTOOTH ELECTRIC CO-OP, INC.,

Defendant and Appellee.

_____

**FILED**

APR 2 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Timothy J. Whalen's motion for extension of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until May 31, 2023, to file his reply brief.

No further extensions will be granted.

DATED this 24 day of April, 2023.

For the Court,

_____
Justice